# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

CONNIE CHANEY JAMES, ANGELA JAMES JENKINS, FIONA JAMES, DESIREE JAMES AND ANDREW JAMES, JR.

Plaintiff

3:22-cv-633

v.

Civil Action No.

RESPIRONICS, INC., LAGNIAPPE MEDICAL DATA AND SLEEP APNEA STORE

Defendant

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to Local Civil Rule 7.1,
Counsel for Respironics, Inc. and Philips RS North America LLC

provides the following information:

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

*Please separate names with a comma and do not add address information. Only text visible within box will print.*

As of this date, other than the named parties, there is no such interest to report. Respironics, Inc. and Philips RS North America LLC will promptly file an amended certification if any additional interested parties are identified, or if any material change occurs in the status of these interested parties.

GUY D. PERRIER, ESQ (#20323)

Attorney Name and Bar Number

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Notices => Certificate of Interested Persons.