# EXHIBIT A

EAST BATON ROUGE PARISH
Filed Aug 15, 2022
Deputy Clerk of Court
C-722322
27

19th JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

CASE NO.: _____		DIVISION " "

CONNIE CHANEY JAMES, ANGELA JAMES JENKINS, FIONA JAMES, DESIREE JAMES AND ANDREW JAMES, JR.

VERSUS

RESPIRONICS, INC., LAGNIAPPE MEDICAL DATA AND SLEEP APNEA STORE

FILED: _____		_____
						DEPUTY CLERK

## PETITION FOR DAMAGES

The petition of CONNIE CHANEY JAMES, ANGELA JAMES JENKINS, FIONA JAMES, DESIREE JAMES and ANDREW JAMES, JR, person of the full age of majority respectfully represent to this Honorable Court as follows:

1.

Jurisdiction in this matter is proper, pursuant to Article 2 of the Louisiana Code of Civil Procedure.

2.

Venue in this matter is proper, pursuant to Article 42 and Article 74 of the Louisiana Code of Civil Procedure.

3.

Defendant, RESPIRONICS, INC. is a foreign corporation who at all times relevant herein, manufactured the Philips CPAP (Continuous Positive Airway Pressure) Machine.

4.

Defendant, LAGNIAPPE MEDICAL DATA is a Louisiana corporation, who at all times relevant herein, distributed the CPAP Machine referenced herein.

5.

Defendant, SLEEP APNEA STORE is a Louisiana corporation, who at all times relevant herein, distributed the CPAP Machine referenced herein.

6.

The plaintiffs herein file this wrongful death claim against the defendants herein for the following reasons:

7.

The defendants herein manufactured and distributed the CPAP Machine referenced herein.

8.

In or around October 2021, the defendants informed the plaintiffs that there was a recall on the CPAP Machine.

9.

Andrew James, Sr. (deceased) had been using the CPAP Machine, pursuant to instructions from his physicians.

10.

The United States Food & Drug Administration (FDA) issued a Notification Order under Section 518(a) of the Federal Food, Drug and Cosmetic Act to the manufacturer to take actions to ensure consumers were aware of the problem.

11.

The problem is related to polyester-based polyurethane (PE-PUR) foam, which is used in some devices to reduce sound and vibration that may degrade into particles, entering the device air pathway to be inhaled or ingested.

12.

The new machine was not delivered until August 2022.

13.

Andrew James, Sr. passed away in January 2022.

14.

Andrew James, Sr. reasonably relied upon the defendants to design the machine that he used. The machine that was manufactured, distributed and installed by the defendants was unreasonably dangerous, in its design as there existed an alternative design for use with end users and the likelihood that the design chosen by the defendants would cause Mr. James damages and the gravity of that damage outweighed any burden the defendants would have incurred in adopting such alternative design.

2

15.

The aforesaid accident and the resulting damages were legally and proximately caused by the fault of the defendants in that the machine was defective with respect to the design, manufacture and warnings that resulted in the machine being compromised.

16.

The following acts by the defendants constitute negligence under Louisiana law.

17.

The defendants are liable under Louisiana Civil Code Article 2315 of the Louisiana Civil Code.

18.

The defendants are liable under the Louisiana Products Liability Act.

19.

As a result of the fault, negligence and strict liability of the defendants, the plaintiff has sustained the following damages:

a. Past, present and future physical and mental pain and suffering;

b. Past medical damages;

c. Any and all other damages that will be shown at the trial of this matter.

WHEREFORE, plaintiffs pray that due proceedings be had and there be judgment in favor of the plaintiff and against the defendants for all damages as are reasonable in the premises together with legal interest from judicial demand until finally paid, for all costs of theses proceedings, and for such other and further legal and equitable relief as the Court shall deem necessary and proper.

Respectfully submitted,

Randy G. McKee, Esq. (#24552)
McKee Law Firm, L.L.C.
1100 Poydras Street
Suite 1475
New Orleans, LA 70163
Telephone:   504.581.5902
Email:       rgmckee@mckeelawllc.com
Facsimile:   877.644.2116
COUNSEL FOR PLAINTIFFS

PLEASE HOLD SERVICE

3